UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN ENGEL, an Individual, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NOVEX BIOTECH, LLC, a Utah Limited Liability company; SIERRA RESEARCH GROUP, LLC, a Utah Limited Liability company; GNC CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No.: 3:14-CV-03457-NC<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME AND TO CONTINUE INITIAL CASE CONFERENCES**<br><br>Judge: Hon. Nathaniel Cousins |

Pursuant to the parties' Joint Stipulated Motion for Extension of Time and to Continue Initial Case Conferences, and good cause appearing, the Court **ORDERS** as follows:

1. Defendants' Motions to Dismiss the Complaint (previously scheduled for September 29, 2014) shall be due on **October 6, 2014**. Plaintiff's Oppositions shall be due on **October 27, 2014** and Defendants' Replies shall be due on **November 11, 2014**.

2. Defendants' deadline to either consent or object to the appointment of a magistrate shall be due seven days following the filing of Defendants' Motion to Dismiss.

3. The deadline for the Rule 26(f) Conference shall be ten days following the Court's ruling on the Motion to Dismiss or as otherwise set by the Court.

4. The deadline to file a certification and stipulation regarding ADR shall be due ten days following the Court's ruling on the Motion to Dismiss or as otherwise set by the Court.

5. The ~~Court shall continue the~~ Initial Case Management Conference ~~to a date following the Court's ruling on the Motion to Dismiss.~~ is continued to December 3, 2014 at 10:00 AM in Courtroom A, 15th Floor, San Francisco.

DATED: October 2, 2014

_____
Hon. Nathanael M. Cousins
United States Magistrate Judge



GRANTED
Judge Nathanael M. Cousins

- 2 -